UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C., | § § § | Case No. 9:23-cv-05074-RMG |
| Plaintiffs, | § § | |
| v. | § § | |
| SENTRY, INC. and MICHAEL GRAZIANO, | § § § | |
| Defendants. | § § | |

**AGREED PERMANENT INJUNCTION AND ORDER OF DISMISSAL**

Having considered the consent motion filed by Plaintiffs DISH Network L.L.C. and Sling TV L.L.C. ("Plaintiffs") and Defendants Sentry, Inc. and Michael Graziano ("Defendants"), the Court grants the motion and **ORDERS** as follows:

1. Defendants, including any officer, agent, servant, employee, or other person acting in active concert or participation with any of them, are <u>permanently enjoined</u> from manufacturing, offering to the public, providing, or otherwise trafficking in the television streaming service known as Tanggula or any other technology, product, service, device, component, or part thereof, that:

    a. is primarily designed or produced for the purpose of circumventing any technological measure used by Plaintiffs that effectively controls access to a copyrighted work or effectively protects a right of a copyright owner;

    b. has only limited commercially significant purpose or use other than to circumvent any technological measure used by Plaintiffs that effectively controls access to a copyrighted work or effectively protects a right of a copyright owner; or

1

      c. is marketed by, on behalf of, or at the direction of either of the Defendants for use in circumventing any technological measure used by Plaintiffs that effectively controls access to a copyrighted work or effectively protects a right of a copyright owner.

  The parties have agreed to this permanent injunction and the Court is authorized to enter such relief against Defendants in accordance with Plaintiffs' claims under the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201(a)(2), (b)(1).

  2. The Court is informed that the parties have agreed to a confidential settlement sum and therefore no damages are awarded in this order.

  3. Plaintiffs' claims against Defendants are dismissed with prejudice.

  4. The parties will bear their own attorney's fees and costs.

Dated: 12/28/23

               s/ Richard Mark Gergel
               United States District Judge